IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Petronilo Alvarado,<br><br>                    Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>                    Respondents. | No. CV-11-00495-TUC-JGZ (JR)<br><br>**ORDER** |

On September 5, 2013, Magistrate Judge Jacqueline M. Rateau issued a Report and Recommendation ("R&R") (Doc. 16) in which she recommended dismissing Petitioner's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Doc. 1). *Id.* No objections have been filed to the R&R.

Accordingly, after an independent review, **IT IS HEREBY ORDERED** that:

1.   The Report and Recommendation (Doc. 16) is **ADOPTED**.

2.   Petitioner's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Doc. 1) is **DISMISSED WITH PREJUDICE**.

3.   The Clerk of the Court shall enter judgment in this matter and close its file.

Dated this 3rd day of March, 2014.

Jennifer G. Zipps
United States District Judge